# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Glen Allen Stewart, Jr. | ) |
| *Petitioner* | ) |
| v. | ) |
| M. Travis Bragg, Warden | ) |
| *Respondent* | ) |

Civil Action No.        4:18-cv-1021-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■ other: This Petition is denied without prejudice.  A certificate of appealability is DENIED.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   July 20, 2018                    *CLERK OF COURT*


                                         s/Debbie Stokes
                              _____
                                 *Signature of Clerk or Deputy Clerk*